**TRAYWICK v. TRAYWICK.** (5 Div. 535.)

(Court of Appeals of Alabama. May 19, 1925.)

1. Detine ⊚⟹24, 25 — Verdict of jury and judgment held sufficiently to describe property.

In detinue by divorced wife against her former husband for personal property detained by him, verdict of jury and judgment thereon *held* sufficiently to describe property and to fix its alternate value.

2. Appeal and error ⊚⟹916(1)—Presumed that issue was joined on a plea of general issue where parties were present by attorney.

In detinue, parties being present by attorney, appellate court would presume that issue was joined on plea of general issue where record failed to show filing of a plea.

**3. Detinue** ⬤➡17—**Description of property in complaint held sufficient.**

In detinue by divorced wife against her former husband for personal property detained by him, description of property in complaint *held* sufficient.

Appeal from Circuit Court, Chilton County; George F. Smoot, Judge.

Action in detinue by Delia Traywick against Ben Traywick. Judgment for plaintiff, and defendant appeals. Affirmed.

The following is the complaint:

The plaintiff claims of the defendant the following personal property, to wit: Two feather beds, 8 pillows, 4 cotton mattresses, 20 quilts, 2 wooden safes, 1 dresser, 1 clock, 4 counterpanes, 6 sheets, 1 set of plates, 1 set of knives and forks, 1 set of spoons, 1 carving knife, 1 set of shoe tools, 1 dining table, and 24 head of chickens, together with the value of the use thereof during detention, to wit from the 1st day of September, 1923."

Plaintiff demurred to the complaint upon the ground that the several items of property claimed are insufficiently described.

The verdict of the jury is as follows:

"We the jury find for the plaintiff for the following personal property or its value, to wit: 2 feather beds, or $30, 8 feather pillows or $24, 4 cotton mattresses or $32, 20 quilts or $60, 2 wooden safes or $10, 1 dresser or $8, 1 clock or $1, 4 counterpanes or $12, 6 sheets or $3, 1 set of plates or $1, 1 set of spoons or $0.50, 1 carving knife or $0.25, 1 set of shoe tools or $1, 1 dining table or $1, 24 head of chickens or $15, and 1 set knives and forks or $1."

The judgment of the court followed the verdict.

Reynolds & Reynolds, of Clanton, for appellant.

The property sued for is insufficiently described, and the complaint will not support a judgment. David v. David's Adm'r, 66 Ala. 148; Hooper v. Dorsey, 5 Ala. App. 463, 58 So. 951; Thompson v. Pearce's Adm'r, 49 Ala. 210. The judgment fails to show issue joined on any plea, or that any plea was filed. Denham v. Yancey, 19 Ala. App. 45, 95 So. 201; Craddock v. Walden, 184 Ala. 58, 63 So. 534. As to the verdict, see Code 1923, § 7392; Green v. Lewis, 85 Ala. 221, 4 So. 740, 7 Am. St. Rep. 42.

Thos. A. Curry, of Clanton, for appellee.

Brief of counsel did not reach the Reporter.

BRICKEN, P. J. The brief filed by appellant informs us that appellant and appellee are husband and wife, and that they have been married more than 30 years; that a separation occurred, and the wife brought this suit in detinue against appellant for the household and kitchen furniture and chickens described in the complaint. A jury found for the wife.

[1, 2] The verdict of the jury and the judgment thereon sufficiently describes the property, and fixes its alternate value. The parties being present by attorney, this court will presume that issue was joined on a plea of the general issue, where the record fails to show the filing of a plea.

[3] The description of the property in the complaint was sufficient. The demurrer thereto was properly overruled. Nelson v. Howison, 122 Ala. 573, 25 So. 211.

There is no error in the record. The judgment appealed from will stand affirmed.

Affirmed.